DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellant,

v.

**PEMBROKE PINES PHYSICIANS ASSOCIATES, INC.,**
a/a/o **TONY CURRIE,**
Appellee.

No. 4D21-0047

[July 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. 062013SC012082AXXXCE and 062018AP018165AXCCE.

Sarah Lahlou-Amine, DeeAnn J. McLemore, and Charles W. Hall of Banker Lopez Gassler P.A., Tampa, Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Kathryn M. Winkler of Kirwan Spellacy Danner Watkins & Brownstein, P.A., Fort Lauderdale, for appellant.

Mac S. Phillips of Phillips|Tadros, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***